# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                             Case No.: 1:19−cr−00669
                                                    Honorable Edmond E. Chang

Gregg Smith, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 6, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Christopher Jordan: Jury trial held and continued to 12/07/2022 at 9:00 a.m. Counsel shall be prepared to start at 8:45 a.m. The government and the Defendant rested their cases. Jury instructions conference was held and concluded. By agreement of the parties, the defense shall file its Rule 29 motions today (both for after the government's case in chief and after the defense case). The Court reserves on the Rule 29 motions. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.