UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

### DEFENDANT CHRISTOPHER JORDAN'S
### RENEWED MOTION FOR A JUDGMENT OF ACQUITTAL

Defendant Christopher Jordan respectfully renews his Motion for a judgment of acquittal pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure. The Redacted Second Superseding Indictment (Dkt. No. 761) charges Mr. Jordan with wire fraud affecting a financial institution, in violation of 18 U.S.C. § 1343. Mr. Jordan seeks a judgment of acquittal because no rational trier of fact could find that the government proved each element of the alleged crime beyond a reasonable doubt.

We reserve the right to submit a memorandum that marshals the facts and law in support of this motion.

Dated: December 6, 2022

                                                          Respectfully submitted,

                                                          */s/ James J. Benjamin, Jr.*
                                                          James J. Benjamin, Jr.
                                                          Parvin D. Moyne
                                                          Anne M. Evans
                                                          AKIN GUMP STRAUSS HAUER & FELD LLP
                                                          One Bryant Park
                                                          New York, NY 10036
                                                          (212) 872-1000

Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Drive
Suite 5350
Chicago, Illinois 60654
(312) 450-6700

*Counsel for Christopher Jordan*