# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                                                 Plaintiff,

v.                                                             Case No.: 1:19−cr−00669
                                                                           Honorable Edmond E. Chang

Gregg Smith, et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Christopher Jordan: Jury deliberations held and continued to 12/09/2022. The jury sent a question today at 4:20 p.m. After discussing the note and potential responses with the parties, the Court proposed a response but the parties may file, before 9:00 p.m. today, written arguments. Counsel to arrive and be prepared to start by 8:45 a.m. on 12/09/2022. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.