IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Christopher Jordan, <br><br> Defendant(s). | Case No. 19 CR 669-4 <br> Judge Edmond E. Chang |

## ORDER

Jury deliberations held. The jury reached a verdict and found Defendant Jordan found guilty on Count 23 of the Second Superseding Indictment (wire fraud affecting a financial institution). Rule 29 and 33 motions are due on 01/30/2023. The government's response is due on 02/27/2023. The defendant's reply is due 03/15/2023. The case is referred to the Probation Office for PSR preparation. As required by Local Rule 32.1(e), the government shall submit its version by 12/23/2022. Defendant must submit his version by 12/30/2022. Any sentencing memoranda discussing 18 U.S.C. 3553(a) factors or objections to the presentence report must be filed (in one combined filing per side) on or before 05/09/2023. Any cross responses to be filed by 05/16/2022. In-person sentencing set for 06/01/2023 at 10:00 a.m. The parties are alerted that the Court sets aside both substantial in-advance preparation time and substantial in-court time for sentencing hearings. Any motion to continue a sentencing must be made in writing, well in advance of sentencing, and must expressly set forth good cause for a continuance. After balancing the factors discussed in United States v. Peterson, 711 F.3d 770, 779 (7th Cir. 2013), the Court has decided to generally require the Probation Office to provide a copy of its Sentencing Recommendation to Defendant's counsel and to the government's counsel, and that requirement applies here. Pursuant to 18 U.S.C. § 3664(d)(1), if restitution is being sought in this case, 60 days prior to the sentencing date, the Government shall provide the Probation Office and the courtroom deputy an electronic standardized spreadsheet (available on the Court's website) with a list of victims and their full current contact information. This list shall include any amounts subject to restitution. If the Government is not able to provide the full victim list 60 days prior to sentencing, they shall file a motion to request an extension of time to compile the information, to the extent permitted by 18 U.S.C. § 3664(d)(5).

(T:2:30)

Date: 12/9/2022

*Edmond E. Chang*
Edmond E. Chang
U.S. District Court Judge