✎ AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

JEFFREY RUFFO

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 19 cr 669-3

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_Edmond E. Chang_
Signature of Judge

Edmond E. Chang     U.S. District Court Judge
Name of Judge     Title of Judge

01/18/2023
Date