UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

### DEFENDANT CHRISTOPHER JORDAN'S MOTION FOR A JUDGMENT OF ACQUITTAL UNDER RULE 29

Defendant Christopher Jordan, by and through his undersigned counsel, respectfully moves this Court for a judgment of acquittal pursuant to Federal Rule of Criminal Procedure 29. This motion is based upon the accompanying memorandum of law.

Dated: January 30, 2022

Respectfully submitted,

*/s/ James J. Benjamin, Jr.*
James J. Benjamin, Jr.
Parvin D. Moyne
Anne M. Evans
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Drive
Suite 5350
Chicago, Illinois 60654
(312) 450-6700

*Counsel for Christopher Jordan*