# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

### DEFENDANT CHRISTOPHER JORDAN'S
### MOTION FOR A NEW TRIAL UNDER RULE 33

Defendant Christopher Jordan, by and through his undersigned counsel, respectfully moves this Court for a new trial pursuant to Federal Rule of Criminal Procedure 33. For the reasons set forth in Mr. Jordan's Memorandum of Law in Support of his Motion for a New Trial Under Rule 29, we respectfully submit the Court should enter a judgment of acquittal. In the alternative, we respectfully submit the Court should grant a new trial pursuant to Rule 33(a) for the reasons set forth in the accompanying memorandum of law and the declaration and exhibits referenced therein.

Dated: January 30, 2022

Respectfully submitted,

*/s/ James J. Benjamin Jr.*
James J. Benjamin, Jr.
Parvin D. Moyne
Anne M. Evans
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

1

Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Drive
Suite 5350
Chicago, Illinois 60654
(312) 450-6700

*Counsel for Christopher Jordan*