UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 19 CR 669 |
| CHRISTOPHER JORDAN, | Judge Edmond E. Chang |
| Defendant. | |

**UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS**

The United States of America, by Glenn S. Leon, Chief of the Fraud Section of the Criminal Division of the U.S. Department of Justice, respectfully submits this unopposed motion for leave to file a brief in excess of the 15-page limit mandated by Local Rule 7.1. Specifically, the government requests leave to file a 23-page brief that responds to the defendant's Motion for a New Trial Under Rule 33 and its memorandum in support ("Rule 33 Motion") (ECF Nos. 837 & 838). In support of this motion, the government states as follows:

1. On January 30, 2023, the defendant filed his Rule 33 Motion, which was 23 pages and was accompanied by a motion for leave to file a brief in excess of 15 pages (ECF No. 836).

2. The deadline for the government to file its opposition to the defendant's Rule 33 Motion is February 27, 2023.

3. The government respectfully submits that permitting the government to file a 23-page brief in excess of the 15-page limit is warranted in light of the

complexity of the issues raised in the defendant's Rule 33 Motion and the voluminous record in this case.

4. The government has conferred with counsel for the defendant concerning the government's request for leave to file a 23-page brief in excess of the 15-page limit under Local Rule 7.1, and defense counsel does not oppose the government's request.

WHEREFORE, the government respectfully requests that the Court grant the government's unopposed motion.

Dated: February 27, 2023

Respectfully submitted,

GLENN S. LEON
Chief, Fraud Section
Criminal Division
U.S. Department of Justice

By: */s/ Matthew F. Sullivan*
Lucy B. Jennings, Trial Attorney
Matthew F. Sullivan, Trial Attorney
Christopher Fenton, Trial Attorney
1400 New York Avenue, N.W.
Washington, D.C. 20530
matthew.sullivan2@usdoj.gov
(202) 578-6583

## CERTIFICATE OF SERVICE

I, Matthew F. Sullivan, hereby certify that on February 27, 2023, I caused the foregoing filing to be electronically filed with the Clerk of Court by using the Court's electronic filing system, which will automatically send a notice of electronic filing to the parties who have entered an appearance in this case.

 /s/ <i>Matthew F. Sullivan</i><br>
Matthew F. Sullivan