# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                                     Case No.: 1:19−cr−00669
                                                        Honorable Edmond E. Chang

Gregg Smith, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 6, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith: On review of the government's motion 850 for clarification, the purpose of the previously set schedule, R. 833, was to allow the **Probation Office** a fulsome presentation from the parties, which indeed would have included expert−declaration responses from the defense (and, although not anticipated by the Court at the time, apparently a reply declaration from the government as happened in the Bases case). At this point, the solution is as follows, which delays the sentencings but not so much as they would be delayed if further submissions are made to the Probation Office. The government's opening sentencing memorandum remains due on 03/20/2023. The Defendants#039; respective sentencing memoranda and expert−response declarations are due on 04/10/2023. The government's reply and any expert−reply declarations are due on 05/08/2023. The defense may each file a 10−page sur−reply on 05/22/2023. Defendant#039;s Smith sentencing is reset to 06/02/2023 at 9:30 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.