# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                                   Case No.: 1:19–cr–00669

                                                                                                Honorable Edmond E. Chang

Gregg Smith, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 6, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Christopher Jordan: (1.) With regard to Defendant Jordan, the post–trial briefing is complete. The tracking status hearing of 04/07/2023 is reset to 05/19/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). (2.) Defense counsel earlier emailed the courtroom deputy, with the government copied, to report that the Defendant intends on filing a motion to continue the sentencing. The parties should confer and file the motion promptly (the Court is inclined to grant a continuance). (3.) Defense counsel emailed the courtroom deputy, with the government copied, to report the Defendant's removal from the prior residential setting. This too requires prompt attention to stabilize the situation. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.