UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER JORDAN | Case No. 19-cr-00669<br><br>Hon. Edmond E. Chang |

**DEFENDANT CHRISTOPHER JORDAN'S MOTION FOR CONTINUANCE OF SENTENCING HEARING AND SENTENCING MEMORANDA DEADLINES**

Defendant Christopher Jordan, by and through his undersigned counsel, respectfully moves this Court for a continuance of his sentencing hearing and the deadlines for the parties' sentencing memoranda. Mr. Jordan's sentencing hearing is currently scheduled for June 1, 2023. The parties' sentencing memoranda are due on May 9, 2023, and any cross responses are due on May 16, 2023. For the reasons detailed herein, Mr. Jordan respectfully requests that his sentencing hearing be continued to the week of August 7, 2023, or as soon thereafter as the Court is available, and that the deadlines for the sentencing memoranda and cross responses be reset to July 18, 2023 and July 25, 2023, respectively, stating as follows in support thereof:

1. First, defense counsel received the Declaration of Professor Kumar Venkataraman in support of the government's loss calculation for Mr. Jordan on March 31, 2023, three months after the government submitted its Version of the Offense to Probation. Defense counsel received the Presentence Investigation Report on April 5, 2023. Defense counsel requires time to analyze and respond to these materials, particularly Professor Venkataraman's Declaration. For reference, Mr. Jordan's co-defendants, Gregg Smith and Michael Nowak, are scheduled to submit their sentencing memoranda on April 10, 2023, and received the Declaration of Professor

1

Venkataraman as to their loss calculations on December 23, 2022, allowing them over four months to analyze and respond to the government's expert analysis. Extending the deadline for Mr. Jordan's sentencing memorandum to July 18, 2023, as requested, would give his counsel three and a half months to prepare a response.

2. Second, the Court originally contemplated sentencing Mr. Jordan after Mr. Smith and Mr. Nowak, who are currently scheduled to be sentenced on June 2 and June 5, 2023, respectively. There are clear efficiencies to holding Mr. Jordan's sentencing after the Court has resolved the pending litigated issues related to his co-defendants' sentencing, as there will surely be overlap between those issues and the issues related to Mr. Jordan's sentencing.

3. Third, as defense counsel informed the Court and the government by email on April 5, 2023, there have been unexpected changes to Mr. Jordan's circumstances related to his health. As a result of these unforeseen circumstances, we are now focusing our efforts in the immediate term on stabilizing Mr. Jordan's situation to ensure his health and safety pending his sentencing.

4. Finally, an early to mid-August sentencing date with corresponding deadlines for the sentencing memoranda in July, as opposed to dates in June or July, allows defense counsel to balance these significant deadlines with competing court-imposed deadlines in other matters earlier in the summer.

5. Defense counsel has conferred with counsel for the government about this motion and the government opposes this request. The government would agree to a two-week continuance but for the reasons stated herein, we respectfully submit that the dates proposed by defense counsel are reasonable under the circumstances.

Dated: April 7, 2023

Respectfully submitted,

*/s/ James J. Benjamin, Jr.*
James J. Benjamin, Jr.
Parvin D. Moyne
Anne M. Evans
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036
(212) 872-1000

Megan Cunniff Church
MOLOLAMKEN LLP
300 N. LaSalle Drive
Suite 5350
Chicago, Illinois 60654
(312) 450-6700

*Counsel for Christopher Jordan*