# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:19−cr−00669 |
| | Honorable Edmond E. Chang |
| Gregg Smith, et al. | |
| Defendant. | |

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Christopher Jordan: Defendant Jordan's motion to continue sentencing is granted, and in light of the Court's trial schedule, the sentencing hearing is reset to 08/31/2023 at 9:30 a.m. The deadlines for the sentencing memoranda and cross−responses are reset to 07/25/2023 and 08/09/2023, respectively. No further continuances will be granted absent extraordinary circumstances. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.