# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                                  Plaintiff,

v.                                                          Case No.: 1:19–cr–00669
                                                          Honorable Edmond E. Chang

Gregg Smith, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith and Michael Nowak: The motions [861], [862] to seal filed by Defendants Smith and Nowak are granted provisionally. The Court will again review the propriety of sealing when evaluating the underlying motion. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.