# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                                          Plaintiff,

v.                                                                   Case No.: 1:19–cr–00669
                                                                  Honorable Edmond E. Chang

Gregg Smith, et al.
                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Christopher Jordan: The tracking status hearing of 05/19/2023 is reset to 06/26/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). The Defendant shall continue to reside at Willow Tree / Integrity for residential treatment. The Defendant shall file a status report on his treatment and residence situation by 06/02/2023. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.