UNITED STATES OF AMERICA
                              Plaintiff,

v.                                          Case No.: 1:19−cr−00669
                                            Honorable Edmond E. Chang

Gregg Smith, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 24, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Michael Nowak: The Court has the post−trial motions and the sentencing filings under review for both Defendants Smith and Nowak. In light of the need for more time to review the sentencing filings in particular, Defendant Smith's sentencing is reset to 07/13/2023 at 9:15 a.m. and Defendant Nowak's sentencing is reset to 07/14/2023 at 9:15 a.m. Having said that, given the overlap in the arguments concerning the loss−calculation method, the parties shall confer on whether it is sensible to start the 07/13/2023 sentencing hearing as a joint hearing (that is, for Defendants Smith and Nowak) on loss calculation so that both of those Defendants may participate. The parties shall file a status report on their positions by 06/02/2023. Also, the status report shall state whether the parties believe that a live−witness evidentiary hearing of Messrs. Venkataraman and Cusimano is needed or not. The Court in Bases et al., 18−cr−48, concluded that no evidentiary hearing was needed in light of the extensive written filings and the nature of the disputed issues. Bases, R. 728. And it also appears that the Court in Vorley et al., 18−cr−35, did not hold an evidentiary hearing on loss amount. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.