# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | |
| v. | Case No.: 1:19−cr−00669 |
| | Honorable Edmond E. Chang |
| Gregg Smith, et al. | |
| Defendant. | |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 2, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith and Michael Nowak: (1.) On review of the status report as to Defendants Smith and Nowak, and further review of the sentencing memoranda, the Court likely will **not** require live testimony on the loss calculation. The Court will definitively decide no later than 21 days before the sentencing hearing. The sentencing hearing will start with a joint session with both Defendants on the loss issue. (2.) The request for continuance by Defendant Smith is granted (the continuance applies to both Defendants). The courtroom deputy will contact the parties for scheduling. (The Court is unfortunately not available on the suggested dates.) Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.