# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                                              Plaintiff,

v.                                                                                   Case No.: 1:19−cr−00669
                                                                                   Honorable Edmond E. Chang

Gregg Smith, et al.
                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 5, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith: After consultation between the courtroom deputy and counsel for the parties, R. 886, Defendant Smith's sentencing is reset to 08/17/2023 at 9:15 a.m. and Defendant Nowak's sentencing is reset to 08/18/2023 at 9:15 a.m. Given the overlap in the arguments concerning the loss−calculation method, a joint hearing (that is, for Defendants Smith and Nowak) on loss calculation will start on 08/17/2023 at 9:15 a.m. so that both of those Defendants may participate. Counsel for Defendant Nowak, emailed the courtroom deputy, with the Smith Defendant's Counsel and counsel for the government copied, to report Defendant Nowak's family has a conflict with the 08/17−08/18 hearing dates and requests earlier dates should they become available. Counsel also reported should the Court require in−person live testimony, Mr. Cusimano is currently unavailable on 07/2707/31 and 08/1408/18. A tracking status hearing is set for 07/14/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.