# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                           Case No.: 1:19−cr−00669
                                                       Honorable Edmond E. Chang

Gregg Smith, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 23, 2023:

       MINUTE entry before the Honorable Edmond E. Chang as to Christopher Jordan: With regard to Defendant Jordan, the joint motion to continue sentencing [889] is granted. Sentencing set for 08/31/2023 is reset to 09/08/2023 at 9:30 a.m. The tracking status hearing of 06/26/2023 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.