# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:19−cr−00669
                                             Honorable Edmond E. Chang

Gregg Smith, et al.
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 12, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith and Michael Nowak: As forecast in R. 888, based on the sentencing memoranda and the extensive, existing exhibit−based record, the Court will **not** require live testimony on the loss dispute. The loss dispute will not turn on in−person evaluation of witness demeanor or credibility. The sentencing schedule remains in place. The tracking status hearing of 07/14/2023 is vacated. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.