UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 19 CR 669 |
| CHRISTOPHER JORDAN, | Judge Edmond E. Chang |
| Defendant. | |

**UNITED STATES' UNOPPOSED MOTION
FOR LEAVE TO FILE UNDER SEAL CERTAIN
<u>PORTIONS OF ITS SENTENCING MEMORANDUM (ECF No. 899)</u>**

The United States, by and through its undersigned counsel, respectfully moves this Court for leave to file under seal certain portions of the United States' Sentencing Memorandum filed at ECF No. 899 (the "Memorandum"), stating as follows in support thereof:

1. Certain portions of the Memorandum should be filed under seal because they contain personal and sensitive information related to defendant Jordan.

2. In accordance with Local Rule 26.2(c), the United States has provisionally filed under seal an un-redacted copy of the Memorandum in addition to a redacted version filed on the public docket.

3. Pursuant to Local Criminal Rule 12.1 and this Court's Individual Procedures for Motion Practice, the United States conferred with counsel for defendant Jordan on July 24, 2023, who informed the United States that defendant Jordan has no objection to this motion.

WHEREFORE, for the reasons stated above, the United States respectfully requests that the Court allow it to file under seal certain portions of the Memorandum.

Dated: July 25, 2023

Respectfully submitted,

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By: */s/ Matthew F. Sullivan*
Matthew F. Sullivan, Trial Attorney
Lucy B. Jennings, Trial Attorney
Christopher Fenton, Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice
(202) 578-6583 (Sullivan)
matthew.sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2023, I will cause the foregoing motion to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide copies to counsel for all parties.

                                                      /s/ *Matthew F. Sullivan*
                                                     Matthew F. Sullivan