# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                       Case No.: 1:19−cr−00669
                                                     Honorable Edmond E. Chang

Gregg Smith, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 17, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith and Michael Nowak: In−person sentencing hearing convened. Defendants Gregg Smith and Michael Nowak are on bond and appeared with the assistance of counsel. As discussed on the record, the loss−amount dispute is taken under advisement. Defendant Nowak shall file a supplemental declaration from Mr. Cusimano calculating the discount on the government's updated loss figure as to Defendant Nowak based on, at the time of the placement of the alleged spoof order (a) sequences in which the alleged spoof orders were placed solely in the Top 5 price levels and (b) sequences in which at least one of the alleged spoof orders was (or were) placed in the Top 5 price levels, even if other orders were placed outside the Top 5. Sentencing hearing continued to 08/22/2023 at 9:15 a.m. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.