# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                  Case No.: 1:19−cr−00669

                                                                                 Honorable Edmond E. Chang

Gregg Smith, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 21, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: As noted at the end of the hearing on 08/17/2023, on page 40 of the decision on the post−trial motions, R. 903, the word "not" should appear in the second full paragraph, last sentence, as follows: "This is a solid signal that any juror or jurors who were holding out for an acquittal were [not] coerced to convict." Emailed notice (eec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.