# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                    Plaintiff,

v.                               Case No.: 1:19−cr−00669
                                           Honorable Edmond E. Chang

Gregg Smith, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

      MINUTE entry before the Honorable Edmond E. Chang as to Gregg Smith: The Defendant is on bond and appeared with the assistance of counsel. The Defendant was sentenced to 24 months in custody and 6 months of supervised release. Absent an order granting release pending appeal (an issue to be briefed as set forth below), the Defendant shall self−surrender to the designated Bureau of Prisons facility by 2:00 p.m. on 01/15/2024. Judgment in a criminal case to follow. The Defendant shall file the release−pending−appeal motion on 09/05/2023. The government's response is due 09/19/2023 and the Defendant's reply is due 09/26/2023. The conditions of release shall continue to apply, and the Defendant must strictly comply with them. A tracking status hearing is set for 10/06/2023 at at 8:30 a.m. (no appearance is required, the case will not be called). The Court will decide the motion on around the status hearing, at which time counsel for the Defendant will alert the Defendant if he may remain on bond or remind him of the self−surrender date. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.