# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Gregg Smith, et al.

Defendant.

Case No.: 1:19−cr−00669
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

MINUTE entry before the Honorable Edmond E. Chang as to Michael Nowak: The Defendant is on bond and appeared with the assistance of counsel. The Defendant was sentenced to 1 year and 1 day in custody and 6 months of supervised release. The Defendant shall self−surrender to the designated Bureau of Prisons facility by 2:00 p.m. on 10/23/2023. Judgment in a criminal case to follow. The conditions of release shall continue to apply until Defendant's self−surrender date, and the Defendant must strictly comply with them. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.